IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Abdus Malik Akbar | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| | ) | Case No.: 16cv01056 (GBD)(KNF) |
| US Bank NA et al | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) ___Abdus Malik Akbar___ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) GMAC Mortgage Corporation, Greenpoint Mortgage Funding, Sutherland Asset I LLC, and Does 1 through 100 inclusive.

Date: August 2, 2016

_____
Signature of plaintiffs or plaintiff's counsel

90-52 171st Street
Address

Jamaica, NY 11432
City, State & Zip Code

516-900-4529
Telephone Number

**SO ORDERED:**

AUG 03 2016

_____
George B. Daniels
U.S.D.J.